The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACK L. LIEBO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CEDAR SHAKE & SHINGLE BUREAU, a Washington nonprofit corporation; WALDUN FOREST PRODUCTS, LTD, a British Columbia corporation; ANBROOK INDUSTRIES LTD, a British Columbia corporation,<br><br>Defendants. | No. 2:19-cv-00288-MJP<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE CASES**<br><br>**AND**<br><br>**REQUEST BY ZRD GROUP LLC TO JOIN AGREEMENT ON DISCOVERY OF ELECTRONICALY STORED INFORMATION** |
| ZRD GROUP, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CEDAR SHAKE & SHINGLE BUREAU, a Washington nonprofit corporation; WALDUN FOREST PRODUCTS, LTD, a British Columbia corporation; ANBROOK INDUSTRIES LTD, a British Columbia corporation, and G&R CEDAR LTD, a British Columbia corporation,<br><br>Defendants. | No. 2:19-cv-00784-MJP |

STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE CASES AND REQUEST TO JOIN CLASS ESI AGREEMENT (2:19-CV-00288-MJP; 2:19-CV-00784-MJP) - 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

## STIPULATION

The parties to the above-captioned actions, through their undersigned counsel, hereby stipulate to the consolidation of these actions and request that the Court order the cases consolidated in this Court for all purposes per Fed. R. Civ. P. 42(a) under *Liebo v. Cedar Shake & Shingle Bureau et al.*, Case No. 2:19-cv-00288 (W.D. Wash. Feb. 27, 2019), which is the lower case number.

In addition, in response to the Court's query of Thursday May 30, 2019 requesting notification whether ZRD Group intended to file its own ESI Order or join in the "class action ESI Agreement," Plaintiff ZRD Group, LLC, notifies the Court that it requests Joinder in the Class Action Stipulation and Proposed Order Regarding Agreement on Discovery of Electronically Stored Information, filed as Docket Entry No. 47 in *Liebo v. Cedar Shake & Shingle Bureau et al.*, No. 19-288.

DATED this 4th day of June, 2019.

**KELLER ROHRBACK L.L.P.**

By: *s/ Mark A. Griffin*
Mark A. Griffin, WSBA #16296
Raymond J. Farrow, WSBA #31782
Karin B. Swope, WSBA #24015
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Phone: (206) 623-1900
Fax: (206) 623-3384
mgriffin@kellerrohrback.com
rfarrow@kellerrohrback.com
kswope@kellerrohrback.com

*Attorneys for Plaintiff Liebo and Plaintiff ZRD GROUP, LLC*

STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE CASES AND REQUEST TO JOIN CLASS ESI AGREEMENT (2:19-CV-00288-MJP; 2:19-CV-00784-MJP) - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

W. Joseph Bruckner (MN#0147758)
Elizabeth R. Odette (MN#0340698)
Brian D. Clark (MN#00390069)
Arielle S. Wagner (MN#00398332)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Phone: (612) 339-6900
Fax: (612) 339-0981
wjbruckner@locklaw.com
erodette@locklaw.com
bdclark@locklaw.com
aswagner@locklaw.com

Nathan D. Prosser (MN#0329745)
Anne T. Regan (MN#0333852)
Michael P. Srodoski (MN#0398250)
HELLMUTH & JOHNSON, PLLC
8050 West 78th Street
Minneapolis, MN 55439
Phone: (952) 941-4005
Fax: (952) 941-2337
nprosser@hjlawfirm.com
aregan@hjlawfirm.com
msrodoski@hjlawfirm.com

*Attorneys for Plaintiff Liebo*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Fred T. Isquith (NY#1078302)
Thomas H. Burt (NY#2869550)
Veronica M. Bosco (NY#5588918)
270 Madison Avenue
New York, NY 10016
Phone: (212) 545-4600
isquith@whafh.com
burt@whafh.com
bocso@whafh.com

*Attorneys for Plaintiff ZRD GROUP, LLC*

STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE
CASES AND REQUEST TO JOIN CLASS ESI AGREEMENT (2:19-
CV-00288-MJP; 2:19-CV-00784-MJP) - 3

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**LANE POWELL PC**

By: *s/ Joseph D. Adamson*
    Heidi B. Bradley, WSBA #35759
    Larry S. Gangnes, WSBA #08118
    Joseph D. Adamson, WSBA #54752
    Jessica N. Walder, WSBA #47676
    1420 5th Avenue, Suite 4200
    PO Box 91302
    Seattle, WA 98111
    Phone: (206) 223-7000
    Fax: (206) 223-7107
    adamson@lanepowell.com
    walderj@lanpowell.com
    gangnesl@lanepowell.com
    bradleyh@lanepowell.com

*Attorneys for Defendant Cedar Shake & Shingle Bureau*

**STOKES LAWRENCE P.S.**

By: *s/ Mathew L. Harrington*
    Mathew L. Harrington, WSBA #33276
    1420 Fifth Avenue, Suite 3000
    Seattle, WA 98101
    Phone: (206) 626-6000
    Fax: (206) 464-1496
    Mathew.harrington@stokeslaw.com

*Attorneys for Defendant Waldun Forest Products Ltd.*

**YARMUTH LLP**

By: *s/ Molly A. Terwilliger*
    Molly A. Terwilliger, WSBA #28449
    1420 Fifth Avenue, Suite 1400
    Seattle, WA 98101
    Phone: (206) 516-3800
    mterwilliger@yarmuth.com

*Attorneys for Defendant Anbrook Industries Ltd.*

STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE CASES AND REQUEST TO JOIN CLASS ESI AGREEMENT (2:19-CV-00288-MJP; 2:19-CV-00784-MJP) - 4

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**HILLIS CLARK MARTIN & PETERSON P.S.**

By: *s/ Jake Ewart*
Michael J. Ewart, WSBA #38655
999 Third Avenue, Suite 4600
Seattle, WA 98104
(206) 623-1745
Fax: (206) 623-7789
jake.ewart@hcmp.com

***Attorneys for G&R Cedar Ltd.***

STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE CASES AND REQUEST TO JOIN CLASS ESI AGREEMENT (2:19-CV-00288-MJP; 2:19-CV-00784-MJP) - 5

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

# ORDER

It is hereby ORDERED, ADJUDGED, and DECREED that Case No. 2:19-cv-00288-MJP and Case No. 2:19-cv-00784-MJP are consolidated in this Court for all purposes into the lower case number, 2:19-cv-00288-MJP.

DATED June 5, 2019

The Honorable Marsha J. Pechman
UNITED STATES DISTRCT JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE CASES AND REQUEST TO JOIN CLASS ESI AGREEMENT (2:19-CV-00288-MJP; 2:19-CV-00784-MJP) - 6

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Mark A. Griffin*
Mark A. Griffin, WSBA #16296

STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE
CASES AND REQUEST TO JOIN CLASS ESI AGREEMENT (2:19-CV-00288-MJP; 2:19-CV-00784-MJP) - 7

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384